**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Shakina Liggins            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-11804 mdc

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

                        Respectfully submitted,

/a/ Rebecca A. Solarz
Rebecca Solarz
23 Sep 2020, 14:38:22, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322