IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Shakina Liggins | : | No. 20-11804-MDC |
|     Debtor | : | |

ANSWER TO MOTION OF NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 AND <u>CERTIFICATE OF SERVICE</u>

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted in part, Denied in part. Admitted that a number of payments were missed, but denied all payments were missed. Debtor pleads for a chance to get caught up.

7. Denied.

8. Denied.

9. No response required.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief

                                                                                   <u>/s/ David M. Offen</u>
                                                                                  David M. Offen
                                                                                  Attorney for Debtor

Dated: 11/9/2020

     A copy of this Answer is being served on Rebecca Solarz, Esquire, and the Chapter 13 Trustee.