IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> SHAKINA LIGGINS <br>    Debtor, <br><br><br> NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING <br>    Movant, <br><br> v. <br><br> SHAKINA LIGGINS, and <br> KENNETH E. WEST, Trustee, <br>    Respondents. | Bankruptcy No. 20-11804-djb <br><br><br> Chapter 13 |

**CERTIFICATE OF SERVICE**

     I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, more than 18 years of age, and that on December 8, 2025, I served a copy of the *Certification of Default of Stipulation to Resolve the Motion for Relief from Automatic Stay RE: 6728 N Gratz Street, Philadelphia, Pa 19126* by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

Service via 1st Class Mail

| | |
|---|---|
| **Shakina Liggins** <br> 6728 N. Gratz Street <br> Philadelphia, PA 19126 | **DAVID M. OFFEN** <br> The Curtis Center <br> 601 Walnut Street <br> Suite 160 West <br> Philadelphia, PA 19106 |

Service via electronic notification

| | |
|---|---|
| KENNETH E. WEST <br> Office of the Chapter 13 Standing Trustee <br> 1234 Market Street - Suite 1813 <br> Philadelphia, PA 19107 | Office of United States Trustee <br> 900 Market Street, Suite 320 <br> Philadelphia, PA 19107 |

                                              By: /s/ Keri P. Ebeck
                                              Keri P. Ebeck, Esq.
                                              PA I.D. # 91298
                                              kebeck@bernsteinlaw.com
                                              601 Grant Street, 9th Floor
                                              Pittsburgh, PA 15219
                                              Phone (412) 456-8112
                                              Fax (412) 456-8135

                                              *Counsel for NewRez LLC d/b/a Shellpoint Mortgage Servicing*