**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | SHAKINA LIGGINS |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Eastern District of Pennsylvania (State) |
| Case Number | 20-11804-DJB |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                 12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1: Mortgage Information

**Name of claim holder:** NEWREZ LLC D/B/A/ SHELLPOINT MORTGAGE SERVICING

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 5 2 4 5

**Property Address:** 6728 N. GRATZ STREET
Philadelphia, PA 19126

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ 18,440.75 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 18,440.75 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 18,440.75 |

### Part 4: Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

### Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ -0-

### Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West
Signature

Date: 12/24/2025

Trustee: Kenneth E. West
First Name   Middle Name   Last Name

Address: 190 N. Independence Mall West, Suite 701
Number   Street

Philadelphia   PA   19106
City   State   ZIP Code

Contact phone: (215) 627-1377   Email: info@ph13trustee.com

| Debtor 1 | SHAKINA LIGGINS | | Case Number | 20-11804-DJB | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 07/09/2021 | 2528994 | Disbursement To Creditor/Principal | 273.22 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 08/09/2021 | 2530415 | Disbursement To Creditor/Principal | 311.03 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 09/09/2021 | 2531843 | Disbursement To Creditor/Principal | 394.26 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 10/08/2021 | 3000642 | Disbursement To Creditor/Principal | 394.26 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 11/09/2021 | 3002014 | Disbursement To Creditor/Principal | 394.26 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 02/07/2022 | 3005968 | Disbursement To Creditor/Principal | 1,095.17 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 04/12/2022 | 3008596 | Disbursement To Creditor/Principal | 788.52 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 05/11/2022 | 3009959 | Disbursement To Creditor/Principal | 394.26 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 06/09/2022 | 3011211 | Disbursement To Creditor/Principal | 394.26 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 07/12/2022 | 3012491 | Disbursement To Creditor/Principal | 394.26 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 08/16/2022 | 3013804 | Disbursement To Creditor/Principal | 394.27 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 10/11/2022 | 3016135 | Disbursement To Creditor/Principal | 788.51 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 11/15/2022 | 3017414 | Disbursement To Creditor/Principal | 394.27 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 12/13/2022 | 3018689 | Disbursement To Creditor/Principal | 394.26 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 01/10/2023 | 3019910 | Disbursement To Creditor/Principal | 394.26 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 02/08/2023 | 3021106 | Disbursement To Creditor/Principal | 394.26 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 03/09/2023 | 3022355 | Disbursement To Creditor/Principal | 394.26 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 04/12/2023 | 3023607 | Disbursement To Creditor/Principal | 394.26 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 05/09/2023 | 3024872 | Disbursement To Creditor/Principal | 394.26 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 06/13/2023 | 3026054 | Disbursement To Creditor/Principal | 394.26 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 07/13/2023 | 3027192 | Disbursement To Creditor/Principal | 394.26 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 08/15/2023 | 3028337 | Disbursement To Creditor/Principal | 394.27 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 09/18/2023 | 3029514 | Disbursement To Creditor/Principal | 394.25 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 10/10/2023 | 3030543 | Disbursement To Creditor/Principal | 385.70 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 11/09/2023 | 3031506 | Disbursement To Creditor/Principal | 385.69 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 12/21/2023 | 4000386 | Disbursement To Creditor/Principal | 385.69 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 01/16/2024 | 4001235 | Disbursement To Creditor/Principal | 385.69 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 02/12/2024 | 4002149 | Disbursement To Creditor/Principal | 385.69 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 03/12/2024 | 4003067 | Disbursement To Creditor/Principal | 385.69 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 04/10/2024 | 4003983 | Disbursement To Creditor/Principal | 385.69 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 05/13/2024 | 4004890 | Disbursement To Creditor/Principal | 385.69 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 05/13/2024 | 4004890 | Cancelled Check To Creditor/Principal | -385.69 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 06/14/2024 | 4005822 | Disbursement To Creditor/Principal | 771.38 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 07/17/2024 | 4006775 | Disbursement To Creditor/Principal | 385.69 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 08/14/2024 | 4007704 | Disbursement To Creditor/Principal | 385.69 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 09/11/2024 | 4008547 | Disbursement To Creditor/Principal | 385.69 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 10/16/2024 | 4009413 | Disbursement To Creditor/Principal | 389.97 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 11/13/2024 | 4010329 | Disbursement To Creditor/Principal | 389.98 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 01/15/2025 | 4012021 | Disbursement To Creditor/Principal | 788.62 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 02/12/2025 | 4012883 | Disbursement To Creditor/Principal | 389.97 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 03/12/2025 | 4013732 | Disbursement To Creditor/Principal | 389.97 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 04/15/2025 | 4014589 | Disbursement To Creditor/Principal | 389.98 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 05/14/2025 | 4015473 | Disbursement To Creditor/Principal | 389.97 |
| 5 | NEWREZ LLC D/B/A/ SHELLP( | Secured Arrears Mortgage | 11/19/2025 | 4020590 | Disbursement To Creditor/Principal | 330.85 |

Total for Claim Number 5: 18,440.75

**Total for Part 3 - b (Prepetition Arrears):** 18,440.75