IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> SHAKINA LIGGINS <br>     Debtor, <br><br><br> NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING <br>     Movant, <br><br> v. <br><br> SHAKINA LIGGINS, and <br> KENNETH E. WEST, Trustee, <br>     Respondents. | Bankruptcy No. 20-11804-djb <br><br> Chapter 13 |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2025, upon consideration of the foregoing *Certification of Default of Stipulation to Resolve the Motion for Relief from Automatic Stay RE: 6728 N Gratz Street, Philadelphia, Pa 19126*, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of NewRez LLC d/b/a Shellpoint Mortgage Servicing.

**Date: December 29, 2025**

_____
Honorable Derek J Baker
United States Bankruptcy Court Judge