Certificate Number: 12433-PAE-DE-040481766

Bankruptcy Case Number: 20-11804



12433-PAE-DE-040481766

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 7, 2026, at 12:46 o'clock PM EST, Shakina Liggins completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 7, 2026        By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher