United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 20-11804-djb
Shakina Liggins Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Jan 08, 2026 Form ID: 138OBJ Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shakina Liggins, 6728 N. Gratz Street, Philadelphia, PA 19126-2634 |
| 14488577 | ++ | CALIFORNIA ACCOUNTS SERVICE, 9570 CUYAMACA ST STE 103, SANTEE CA 92071-2690 address filed with court:, California Accounts Service, Attn: Bankruptcy, Po Box 1622, El Cajon, CA 92022 |
| 14492016 | + | Capital One Bank (USA), N.A., PO BOX 71083, Chicago IL 60690-7183 |
| 14545226 | + | NewRez,LLC, d/b/a Shellpoint Mortgage Servicing, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 09 2026 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2026 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14501086 | | Email/Text: ally@ebn.phinsolutions.com | Jan 09 2026 00:17:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14488576 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 09 2026 00:17:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14517611 | | Email/Text: megan.harper@phila.gov | Jan 09 2026 00:19:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14488578 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 09 2026 00:26:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14491704 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 09 2026 00:26:02 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14488579 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 09 2026 00:25:38 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14488580 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 09 2026 00:19:00 | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14508685 | | Email/Text: bnc-quantum@quantum3group.com | Jan 09 2026 00:18:00 | Federated Department Stores Inc, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14500448 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2026 00:25:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14541243 | ^ | MEBN | Jan 09 2026 00:17:11 | NewRez LLC d/b/a Shellpoint Mortgage |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 08, 2026 | Form ID: 138OBJ | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14507417 | | Email/Text: mtgbk@shellpointmtg.com | Jan 09 2026 00:18:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 14488581 | + | Email/Text: bnc@nordstrom.com | Jan 09 2026 00:18:59 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14495425 | ^ | MEBN | Jan 09 2026 00:16:58 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14488582 | + | Email/Text: RASEBN@raslg.com | Jan 09 2026 00:18:00 | RAS Citron Law Offices, 133 Gaither Drive, Suite F, Mount Laurel, NJ 08054-1710 |
| 14488583 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 09 2026 00:18:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 14507793 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 09 2026 00:25:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14488584 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 09 2026 00:25:36 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14488585 | + | Email/Text: Bankruptcy@TekCollect.com | Jan 09 2026 00:18:00 | TekCollect Inc, Attn: Bankruptcy, Po Box 1269, Columbus, OH 43216-1269 |
| 14488586 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 09 2026 00:19:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 14488588 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 09 2026 00:25:49 | Wells Fargo Bank NA, Mac F8234f-02f, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14488587 | | Water Revenue Bureau, c/o City of Philadelphia Law Department, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th Floor, 96461-8000 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2026            Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:

**Name**            **Email Address**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 08, 2026 | Form ID: 138OBJ | Total Noticed: 26 |

ANGELA CATHERINE PATTISON
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING apattison@hillwallack.com
    apattison@ecf.courtdrive.com

DAVID M. OFFEN
    on behalf of Debtor Shakina Liggins ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com   philaecf@gmail.com

KERI P EBECK
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 138OBJ* (6/24)–doc 108 – 99

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) <br>    Shakina Liggins ) <br> ) <br> ) <br>    Debtor(s). ) <br> ) <br> ) | Case No. 20−11804−djb <br><br> Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 8, 2026

For The Court

Mohung Wong
Clerk of Court